**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Touchmusic Entertainment LLC v. Apple Inc.  Case Number: 24-cv-1787

An appearance is hereby filed by the undersigned as attorney for:
Touchmusic Entertainment

Attorney name (type or print): Anthony Dowell

Firm: Dowell Commercial Litigation

Street address: 6745 Gray Road, Suite H

City/State/Zip: Indianapolis, IN 46237

Bar ID Number: Illinois Bar No. 6224825   Telephone Number: (765) 250-9942
(See item 3 in instructions)

Email Address: aedowell@dowellcomlit.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/3/2024

Attorney signature:   S/ Anthony Dowell
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023