**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TOUCHMUSIC ENTERTAINMENT LLC,<br><br>                          Plaintiff,<br>vs.<br><br>APPLE INC.,<br><br>                          Defendants. | **Case No.: 24-cv-1787** |

**LR 3.2 NOTICE OF AFFILIATES**

Pursuant to Local Rule 3.2, Plaintiff Touchmusic Entertainment LLC ("Touchmusic") states that it has no parent corporation and no publicly held company owns any portion of its stock.

Date:  March 3, 2024                    */s/*Anthony E. Dowell
                                                      Anthony E. Dowell
                                                      DOWELL COMMERCIAL LITIGATION
                                                      6745 Gray Road, Suite H
                                                      Indianapolis, IN  46237
                                                      Phone: (765) 250-9942
                                                      aedowell@dowellcomlit.com

                                                      **ATTORNEY FOR PLAINTIFF
                                                      TOUCHSTONE MUSIC LLC**